UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NOW HEALTH GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 21-cv-11(JDB)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME**

Plaintiff Clean Label Project Foundation and Defendant NOW Health Group, Inc., by counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Defendant's time to file and serve its reply in support of the motion to dismiss the complaint is extended from February 12, 2021 to February 19, 2022.

2. Defendant's time to file and serve its response to plaintiff's motion to remand is extended from February 17, 2021 to February 24, 2021.

SO ORDERED this _____ day of _____, 2021

_____
United States District Judge

16199341

Dated: February 11, 2021                    Respectfully submitted,

/s/ J. Travis Pittman
J. Travis Pittman (D.C. Bar No. 1016894)
HOLMES PITTMAN HARAGUEHI, LLP
P.O. Box 380
Chester, MD 21619
(410) 482-9505
jtpittman@hphattorneys.com

Attorneys for Plaintiff
Clean Label Project Foundation

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 409723)
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
(202) 677-4908
Richard.oparil@agg.com

Attorneys for Defendant
NOW Health Group, Inc.

16199341

## CERTIFICATE OF SERVICE

The undersigned served the foregoing on counsel of record for the plaintiff on February 11, 2021 by ECF.

/s/ Richard J. Oparil
Richard J. Oparil

16199341